## Commonwealth *v.* Aiello, Appellant.

Argued March 14, 1927.   Appeal No. 127, April T., 1927, by defendant from judgment of Q. S. Venango County, November T., 1926, No. 42, in the case of Commonwealth of Pennsylvania v. Ross Aiello.   Before PORTER, P. J., HENDERSON, TREXLER, KELLER, LINN, GAWTHROP and CUNNINGHAM, JJ.   Affirmed.

Indictment for unlawful possession of intoxicating liquor.   Before PARKER, P. J.

The facts are stated in the opinion of the Superior Court.

Verdict of guilty upon which judgment of sentence was passed.   Defendant appealed.

*Error assigned* was the sentence of the Court.

*Gervaise G. Martin,* and with him *Samuel N. Mogilowitz,* for appellant.

*Daniel B. Goodwin,* District Attorney, for appellee.

OPINION BY TREXLER, J., April 22, 1927:

Precisely the same questions are involved in this case as in No. 126, April T., 1927, Commonwealth v. Jones, and for the reasons appearing in the opinion filed in said case, the assignments of error are overruled and the judgment is affirmed and the record remitted to the court below and it is ordered. that the defendant appear in the court below at such time as he may be there called and that he be by that court committed until he has complied with the sentence or any part of it which had not been performed at the time the appeal in this case was made a supersedeas.